# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al., | Case No. 1: 20-cv-00538-NONE-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| KINGS COUNTY, et al., | (ECF Nos. 35, 46) |
| Defendants. | |

This action was filed on April 14, 2020. (ECF No. 1.) Following adjudication of a motion to dismiss, on July 30, 2021, a scheduling order issued, however, no trial date was set. (ECF No. 30.) No modifications to the scheduling order have been entered previously. On December 28, 2021, the parties filed a stipulation requesting the scheduling order be modified to extend the deadlines approximately four months. (ECF No. 32.) The parties have submitted a description of the discovery completed thus far, as well as an outline of the depositions to be completed, proffering they were unable to complete certain depositions due to calendaring conflicts resulting in part because of the parties' previous hope that COVID-19 would subside by the fall of 2021 to allow for in person depositions.

The Court finds good cause to extend the discovery deadlines. However, the Court shall also extend the pre-trial conference date further than requested due to the proximity to the requested dispositive motion filing deadline and the impacted status of the Court.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Nonexpert Discovery Deadline: May 27, 2022;
2. Expert Disclosure Deadline: June 28, 2022;
3. Supplemental Expert Disclosure Deadline: July 28, 2022
4. Expert Discovery Deadline: August 29, 2022;
5. Dispositive Motion Filing Deadline: December 22, 2022; and
6. Pre-trial Conference: August 18, 2023, at 1:30 p.m. in Courtroom 4.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **December 29, 2021**

UNITED STATES MAGISTRATE JUDGE