# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KINGS COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00538-JLT-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 30, 33, 36) |

　　　　A scheduling order for this matter issued on July 30, 2021. (ECF No. 30.) On December 29, 2021, the Court granted the parties' first stipulated request to modify the scheduling order, which included setting a pretrial conference for August 18, 2023, before "Unassigned DJ." (ECF No. 33.) On January 7, 2022, the case was reassigned from "Unassigned DJ" to the Honorable Jennifer L. Thurston. (ECF No. 34.) This matter has not been set for trial.

　　　　On April 11, 2022, the parties filed a stipulated request to continue the discovery and dispositive motion deadlines in this matter. (ECF No. 36.) The parties proffer that they have completed their witness disclosures and supplemental disclosures, party written discovery, disclosure of medical and custodial records of the decedent Gregor Cantu, and subpoenaed the relevant medical records. The parties indicate they have yet to complete the depositions of Plaintiffs, Defendants, the decedent's other treating providers, and the parties' experts. The

parties proffer they were previously unable to set these depositions due to calendar conflicts and health concerns regarding conducting in-person depositions in light of the COVID pandemic. However, the parties are currently working to schedule all remaining depositions at this time and plan to proceed with Plaintiffs' depositions in May 2022. Because the parties continue to obtain additional medical records, they anticipate requiring additional depositions relating to those records as well. In light of the aforementioned delays and ongoing efforts to complete discovery, the parties seek to continue the discovery deadlines. The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Non-Expert Discovery Deadline: **September 27, 2022**;
2. Expert Disclosure Deadline: **October 28, 2022**;
3. Supplemental Expert Disclosure Deadline: **November 29, 2022**;
4. Expert Discovery Deadline: **January 13, 2023**;
5. Dispositive Motion Deadline: **August 18, 2023**;
6. The Pretrial Conference shall remain set for **August 18, 2023**, at **1:30 p.m.**, in Courtroom 4, and is set before the Honorable Jennifer L. Thurston; and
7. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **April 12, 2022**

UNITED STATES MAGISTRATE JUDGE