# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KINGS COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00538-JLT-SAB<br><br>ORDER RE: DISASSOCIATION OF ASHLEY N. REYES AS ATTORNEY FOR DEFENDANTS KINGS COUNTY AND KINGS COUNTY SHERIFF'S DEPARTMENT AND DIRECTING CLERK OF COURT TO TERMINATE ASHLEY N. REYES AS ATTORNEY OF RECORD<br><br>(ECF No. 38) |

　　　　On May 13, 2022, a notice of disassociation of attorney Ashley N. Reyes as counsel for Defendants Kings County, and the Kings County Sheriff's Department, was filed. (ECF No. 38.) Other counsel, James J. Arendt, remains as counsel of record.

///
///
///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The request to disassociate Ashley N. Reyes as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Ashley N. Reyes as attorney for Defendants.

IT IS SO ORDERED.

Dated: __May 16, 2022__

_____
UNITED STATES MAGISTRATE JUDGE

3.