# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al., | Case No. 1:20-cv-00538-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 30, 33, 37, 42) |
| KINGS COUNTY, et al., | |
| Defendants. | |

A scheduling order for this matter issued on July 30, 2021, and has been modified twice. (ECF Nos. 30, 33, 37.) On August 15, 2022, the parties filed a stipulated motion to modify the scheduling order, in which the parties seek to continue the discovery deadlines. (ECF No. 42.) The parties do not seek to modify the dispositive motion deadline or the pretrial conference date. The parties proffer they are diligently moving forward with completing discovery, and have exchanged voluminous records and documents in this matter. Several depositions were also set, including the depositions of all of the Plaintiffs; however, due to a string of illnesses between counsel and the deponents, and a later scheduling conflict, those depositions have not been completed. The parties further proffer good cause exists to extend the deadlines because the depositions of Plaintiffs will likely lead to the discovery of additional records and depositions. The Court finds good cause exists to grant the parties' stipulated motion.

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 42) is GRANTED. The scheduling order is modified as follows:

1. Non-Expert Discovery Deadline: January 27, 2023;
2. Expert Disclosure Deadline: February 28, 2023;
3. Supplemental Expert Disclosure Deadline: March 29, 2023;
4. Expert Discovery Deadline: May 12, 2023; and
5. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **August 15, 2022**

UNITED STATES MAGISTRATE JUDGE