# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al., | Case No. 1:20-cv-00538-JLT-SAB |
| Plaintiffs, | ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING PARTIES TO FILE PETITION FOR MINOR'S COMPROMISE |
| v. | |
| KINGS COUNTY, et al., | |
| Defendants. | (ECF No. 51) |
| | **DEADLINE: SEPTEMBER 15, 2023** |

On August 15, 2023, the parties filed a notice of settlement of this entire action. (ECF No. 51.) "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). The filing notes that this action requires the filing of a petition for minor's compromise, that the parties anticipate filing such petition within thirty (30) days, and request a status conference be set in approximately 90 days, if the Court is so inclined.

The Court shall set a deadline of thirty (30) days to file the petition for minor's compromise, however, if the parties require additional time, they may file a stipulated request demonstrating good cause. The Court does not find it necessary to set a status conference.

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.     All pending dates and matters are VACATED; and

3    2.     The parties shall file the petition for minor's compromise **on or before**

4    **September 15, 2023**.

IT IS SO ORDERED.

Dated:   **August 16, 2023**    _____

                         UNITED STATES MAGISTRATE JUDGE