# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>KINGS COUNTY, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00538-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 51)<br><br>**DEADLINE: SEPTEMBER 29, 2023** |

On August 15, 2023, the parties filed a notice of settlement of this entire action. (ECF No. 51.) The filing noted that this action requires the filing of a petition for minor's compromise, that the parties anticipated filing such petition within thirty (30) days, and requested a status conference be set in approximately 90 days, if the Court was inclined. On August 16, 2023, the Court set a deadline of thirty (30) days to file the petition for minor's compromise, however, noted that if the parties require additional time, they may file a stipulated request demonstrating good cause. The Court did not find it necessary to set a status conference. The deadline to file a petition for minor's compromise has expired and the parties have not filed such petition nor requested an extension of time to do so.

The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show

cause why sanctions should not issue for the failure to file the petition, and concurrently make any needed request for an extension of time to file such petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than September 29, 2023**, why sanctions should not issue for the failure to comply with the Court's order issued August 16, 2023, requiring the parties to file the petition for minor's compromise; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **September 26, 2023**

UNITED STATES MAGISTRATE JUDGE