# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CANTU, et al., | Case No. 1:20-cv-00538-JLT-SAB |
| Plaintiffs, | ORDER CONTINUING HEARING ON MINOR'S COMPROMISE UNTIL JANUARY 10, 2024 |
| v. | |
| KINGS COUNTY, et al., | ORDER REQUIRING PLAINTIFF G.C. AND COUNSEL TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |
| Defendants. | |
| | (ECF Nos. 62, 65, 69) |
| | **DEADLINE: DECEMBER 13, 2023** |

On October 12, 2023, minor Plaintiff G.C., through their guardian ad litem Maryzol Jones ("Petitioner"), filed a petition to compromise Plaintiff G.C.'s claims in this action. (ECF Nos. 62, 63, 64, 65.) The matter is currently set for hearing on December 13, 2023. (ECF No. 62.) Upon review of the application materials, the Court determined supplemental briefing was necessary in advance of the hearing. Therefore, on December 1, 2023, the Court ordered Petitioner to file supplemental briefing on or before December 8, 2023, so the Court would have the materials in advance of the hearing. (ECF No. 69.)

The deadline to file supplemental briefing has expired, and Petitioner has not filed the supplemental briefing, nor any other filing notifying the Court why no such filing was made.

The Court shall therefore issue an order to show cause why sanctions should not issue, and shall continue the hearing on the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the petition for minor's compromise set for December 13, 2023, is CONTINUED to **January 10, 2024, at 10:00 a.m**. in Courtroom 9;

2. **On or before December 13, 2023**, Plaintiff G.C. and their counsel shall show cause in writing why sanctions should not issue for the failure to comply with the Court's order issued December 1, 2023, (ECF No. 69), requiring supplemental briefing; and

3. The failure to comply with this order will result in the issuance of sanctions;[1]

IT IS SO ORDERED.

Dated:   **December 11, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes this is the third order to show cause issued in relation to the petition for minor's compromise. (See ECF Nos. 55, 61, 66.)