|   |   |
|---|---|
| ROGER CANTU, et al., | Case No.: 1:20-cv-00538-JLT-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING APPROVAL OF PETITION FOR MINOR'S COMPROMISE |
| v. | |
| KINGS COUNTY, et al., | (Docs. 62, 63, 64, 65, 69, 70, 71, 72, 72, 74) |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On April 15, 2019, Gregory Cantu, who at the time was incarcerated at the Kings County Jail, was found dead in his cell from an apparent seizure. (*See generally* Doc. 25.) The operative complaint alleges that decedent had a history of serious seizures and that the Jail and its contracted medical provider, Naphcare, Inc., should have been aware of his medical condition and need for anti-seizure medication. (*Id.*, ¶¶ 21–30.) On October 12, 2023, minor Plaintiff G.C., through their guardian ad litem Maryzol Jones, filed a petition to compromise Plaintiff G.C.'s claims. (Docs. 62, 63, 64, 65.) Upon review of the petition materials, the Court ordered, and received supplemental briefing. (Docs. 69, 70.)

The parties reached a settlement totalling $27,500, with attorneys' fees in the amount of $6,875.00, and reimbursement of costs in the amount of $1,532.25, and a net amount to be distributed to the minor plaintiff of $19,092.75. Based on the recovery in the similar cases cited above, the facts of this case, and the minor's specific claims, the magistrate judge found the net amount of $19,092.75

1

to be distributed to the minor to encompass a fair and reasonable settlement of this action, and on December 20, 2023, recommended granting the petition for compromise of the minor's claims, with an additional order specifying that the funds be deposited into a federally insured blocked interest-bearing account. (Doc. 74.)

      The Court informed the parties that any objections to these Findings and Recommendations were due within 14 days of the date of service. To date, no objections have been filed by any party, and the time to do has expired. According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 20, 2023 (Doc. 74) are **ADOPTED**.
2. The petition for approval of the minor's compromise (Docs. 62, 63, 64, 65, 70) is **GRANTED**.
3. The settlement funds shall be deposited into a federally insured blocked interest-bearing account.
4. The parties **SHALL** file a stipulation for dismissal of the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **January 12, 2024**

UNITED STATES DISTRICT JUDGE